UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

DARA KAPLAN,

                              Plaintiff,

- against --

MARLBORO CENTRAL SCHOOL DISTRICT,
MICHAEL M. BROOKS, individually and in his capacity
as Superintendent of Schools of the MARLBORO
CENTRAL SCHOOL DISTRICT, and PATRICIA WALSH,
individually and in her capacity as Principal of the
Marlboro Elementary School,

                              Defendants.

-------------------------------------------------------x

Case No:
1:23-CV-1236
(FJS/CFH)

STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO
Fed..R.Civ.P. 41(a)(1)(A)(ii)

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R, CIV .P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, and without costs or attorneys' fees to either side as against the other.

GOULD & BERG, LLP
Attorneys for Plaintiff
By _____
Jane Bilus Gould (Bar Roll Number 509493)
222 Bloomingdale Road
White Plains, New York 10605
914-397-1050
jbgould@gouldberglaw.com

Dated: March 27, 2025

SOKOLOFF STERN, LLP
Attorneys for Defendants
Marlboro Central School District
and Michael Brooks
By Brian S. Sokoloff
Brian S. Sokoloff
179 Westbury Avenue
Carle Place, New York 11514
516-334-4500
bsokoloff@sokoloffstern.com

Dated:

Silverman & Associates
Attorneys for Defendant Patricia Walsh
By *Caroline B. Lineen*
Caroline B. Lineen
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
914-574-4510
clineen@silvermanandassociatesny.com

Dated: April 21, 2025

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: April 28, 2025